**Order filed October 15, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00505-CV
_____

### UWAKWE C. OKO AND VICTORIA I. OKO, Appellants

### V.

### TONY ALI, JUNIOR PROPERTIES AND EVERBANK, Appellees

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-222803**

## O R D E R

Appellants' brief was due September 21, 2015**.** No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **October 30, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM